

FILED

FEB 0 3 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14 CR 022 JED |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [18 U.S.C. § 871(a): Threats Against |
| v. | ) | the President] |
| | ) | |
| HUNTER LEE HINES, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

Between on or about December 15, 2013, and on or about December 16, 2013, in the Northern District of Oklahoma, the defendant, **HUNTER LEE HINES**, did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office and by a letter carrier, a letter containing a threat to take the life of and inflict bodily harm upon the President of the United States of America.

All in violation of Title 18, United States Code, Section 871(a).

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

A TRUE BILL

/s/ Matt P. Cy
MATTHEW P. CYRAN
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson